UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| KAREN H. BAUERNSCHMIDT CO., LPA, | ) ) ) | JUDGE CHRISTOPHER A. BOYKO |
| Plaintiff, | ) ) | CASE NO. 1:08-cv-1744 |
| v. | ) ) ) | **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |
| MARVIN F. POER & CO., | ) ) | |
| Defendant. | ) | |

Plaintiff and Counter-Defendant Karen H. Bauernschmidt Co., LPA and Defendant and Counter-Plaintiff Marvin F. Poer & Co., through their counsel, jointly stipulate that the above-captioned matter is hereby dismissed with prejudice, with each party to bear its own costs and fees and waiving all rights of appeal.

Date this __20__ date of __May__, 2009.

Respectfully submitted,

/s/ Victor M. Javitch
Victor M. Javitch (#0026005)
JAVITCH BLOCK & RATHBONE, LLP
1100 Superior Avenue, 19th Floor
Cleveland, OH 44115
(216) 623-0000
(216) 623-0190 (fax)
vjavitch@jbandr.com

*Attorneys for Plaintiff and Counter-Defendant Karen H. Bauernschmidt Co., LPA*

IT IS SO ORDERED.

S/CHRISTOPHER A. BOYKO
U.S. DISTRICT COURT JUDGE

MAY 20, 2009

/s/ Jason P. Reinsch (by permission)
Alan N. Greenspan, pro hac vice (TX#08402975)
Jason P. Reinsch, pro hac vice (TX#24040120)
JACKSON WALKER LLP
901 Main St., Suite 6000
Dallas, TX 75202
(214) 953-6000
(214) 953-5822 (fax)
agreenspan@jw.com
jreinsch@jw.com

Jeffrey S. Dunlap (#0067923)
ULMER & BERNE LLP
1660 West 2nd Street, Suite 1100
Cleveland, OH 44113
(216) 583-7026
(216) 583-7027 (fax)
jdunlap@ulmer.com

*Attorneys for Defendant and Counter-Plaintiff Marvin F. Poer & Co.*

## CERTIFICATE OF SERVICE

I hereby certify that on this ___ day of May, 2009, a true and correct copy of the foregoing was served on the parties listed below via electronic means.

Alan N. Greenspan
Jason P. Reinsch
JACKSON WALKER LLP
901 Main St., Suite 6000
Dallas, TX 75202
(214) 953-6000
(214) 953-5822 (fax)

Jeffrey S. Dunlap
ULMER & BERNE LLP
1660 West 2nd Street, Suite 1100
Cleveland, OH 44113
(216) 583-7026
(216) 583-7027 (fax)

/s/ *Victor M. Javitch*
Victor M. Javitch